# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GHASSAN ZABEN

VERSUS

MOHAMMAD M. FAROOQI AND
TALAT FAROOQI

NO.  2021 CW 0387

**JULY 19, 2021**

---

In Re:  Talat Farooqi, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 702,394.

---

**BEFORE:  WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.**

> **VGW**
> **JEW**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT